■ JULES T. CATALANO v. J. C. MACELROY Co., INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ LYDIA E. RAMOS v. ROBERT R. RAMOS.— Motion for a stay, for leave to consolidate appeals and to dispense with printing granted only insofar as to permit the appeals to be heard upon the original records, without printing the same, but upon printed appellant's points, on condition that the appellant procures the original records and the printed appellant's points to be served and filed on or before March 30, 1961, with notice of argument for April 11, 1961, said appeals to be argued or submitted together upon one set of appellant's and respondent's points. In all other respects, the motion is denied. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ DICKENOR RESTAURANT, INC., v. HOTEL EXECUTIVE ON MADISON AVENUE, LTD., et al.— Motion for an extension of time granted insofar as to extend the time for plaintiff-appellant to serve its amended complaint to 20 days after service upon its attorneys of a copy of the order of this court determining said appeal, with notice of entry thereof, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

## (March 8, 1961)

■ CORNELIUS B. CHAPMAN et al., v. FRANCES M. PURDY et al.— Motion to dispense with printing and for an enlargement of time granted only insofar as to extend the defendants' time to serve and file the record on appeal and appellants' points to and including March 20, 1961, with notice of argument for the April 1961 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before April 3, 1961. In all other respects, the motion is denied. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ In the Matter of EPHRAIM R. BERNSTEIN, Deceased. JOAN K. BERNSTEIN; GABRIEL KASLOW et al., as Executors.— Motion for an enlargement of time granted insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including 4:00 P.M. on March 13, 1961, with notice of argument for the April 1961 Term of this court, said appeals to be argued or submitted when reached. Respondents' points are to be served and filed on or before March 27, 1961. Reply points, if any, are to be served and filed on or before March 31, 1961. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.